UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15-cr-00006-SEB-VTW |
| ) | |
| DEJUAN ANDRE WORTHEN, ) -02 | |
| ) | |
| Defendant. ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for October 15, 2021**

On this date, Defendant appeared in person, together with appointed counsel Jennifer H. Culotta, and the Government appeared by AUSA Barry D. Glickman and William McCoskey for a sentencing hearing. Elsi Bernabe appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

    Incarceration:   360 months
    Supervised Release: 2 years
    Fine:  $0.00
    Restitution:  $16,801.00
    Special Assessment: $100.00.

- The Defendant was advised of his right to appeal.

- The Government moved to dismiss Counts 1, 2, & 4 of the superseding indictment.

- Defendant is remanded to the custody of the United States Marshal Service.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Jennifer H. Culotta
CULOTTA & CULOTTA LLP
jennifer@culottalaw.com

Barry D. Glickman
UNITED STATES ATTORNEY'S OFFICE
barry.glickman@usdoj.gov

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE
william.mccoskey@usdoj.gov